# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE STREET COMPUTERS, INC., a North Carolina corporation, and JENNIFER MAYER, an individual,<br><br>Defendants. | Case No. 8:25-cv-00483-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 18]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Charlotte Street Computers, Inc. and Jennifer Mayer, jointly and severally, in the amount of **$99,866.21** (consisting of the principal amount due of $88,079.66; prejudgment interest of $6,008.37; litigation costs of $655.00; and attorneys' fees of $5,123.18).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: July 21, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE